IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAWESOME PET PRODCUTS LLC, et al., <br><br>Plaintiff, <br><br>v. <br><br>LV LIANG KITCHENWARE STORE, *et al.*, <br><br>Defendants. | Civil Action No. 24-cv-905 <br><br>(Judge Hornak) |

**RETURN OF SERVICE/SUMMONS EXECUTED**

I, Brian Samuel Malkin, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an attorney with the law firm of Ference & Associates LLC, which is located at 409 Broad Street, Pittsburgh, Pennsylvania 15143.

3. I am an attorney for the Plaintiff in the above-captioned case.

4. On July 5, 2024, the Summons, Complaint, Temporary Restraining Order, Notice of Show Cause Hearing, Discovery, and all the filings in this matter ("all papers of record") were posted on Plaintiff's designated website on www.ferencelawsuit.com.

5. As of July 24, 2024, all the Defendants were served in accordance with the Alternative Service Order.

Executed this 31st day of July, 2024, at Pittsburgh, Pennsylvania.

                                                                           /s/Brian Samuel Malkin  
                                                                             Brian Samuel Malkin