IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAWESOME PET PRODUCTS LLC, et al., <br><br> Plaintiff, <br><br> v. <br><br> LV LIANG KITCHENWARE STORE, *et al*., <br><br> Defendants. | Civil Action No. 24-905 <br><br> **(Judge Hornak)** |

AND NOW, this  16th  DAY of   August   , 2024, pursuant to the request to enter default and affidavit(s) filed, default is hereby entered against the Defendants in Schedule "A" for failure to plead or otherwise defend.



CLERK'S ENTRY OF DEFAULT

Date: 8/16/2024

*Carina Loushe*
Docket Clerk
*Brandy S. Lonchena*
Brandy S. Lonchena