# Schedule "A"

# Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 1 | Lv Liang kitchenware store | 101675698 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 4 | fanggeziqi | 101652879 |
| 5 | FASLMH | 101106761 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 8 | guangxitanlie | 101646572 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 11 | JY shop | 101591806 |
| 12 | LaMaz | 101610657 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 16 | SYINGQIAN | 101689215 |
| 17 | taichengjiankang | 101646520 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 21 | XiHAMA2023 | 101522486 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 26 | ZIME | 101302712 |
| 27 | 3C PLUS DropShipping Store | 1101988440 |
| 28 | Alice Pet Home Store | 1102418174 |
| 29 | Amigo Go Shop1102719897 Store | 1102720906 |
| 30 | Beisite Store | 1102906731 |
| 31 | Coolbear Store | 1102524529 |
| 32 | Cosima and Kira Store | 1101714862 |

| 33 | Cutie Pet Store | 1103241096 |
| --- | --- | --- |
| 34 | CYGJ Pet Store | 1102732130 |
| 35 | De Kutwal Home Decor Store | 1102938084 |
| 36 | FW Housewear And Rain Gear Store | 1101618446 |
| 37 | Hallo you Store | 1101357650 |
| 38 | Have Integrity Store | 1102516981 |
| 39 | Herbalcandybox Store | 1102684546 |
| 40 | HOCOSHINE Store | 1103017133 |
| 41 | Homey Homie Store | 1101288098 |
| 42 | -Interesting life Store | 1101931707 |
| 43 | Kid-Three Store | 1102529392 |
| 44 | KONG PET TOY Store | 1101603958 |
| 45 | KUDI Pet Supplies Official Store | 1102644678 |
| 46 | Malotti Pet Supplies Store | 1103305568 |
| 47 | MeiIKEA Home Furnishings Store | 1102663206 |
| 48 | Ming Nuo Home Store | 1102528444 |
| 49 | more buy Store | 1102244137 |
| 50 | Oriental Pet Store | 1102057043 |
| 51 | Pets Happiness Life Store | 1101735643 |
| 52 | PetStar Store | 1103573738 |
| 53 | Shop1102697005 Store | 1102688508 |
| 54 | Shop1102904122 Store | 1102900176 |
| 55 | Shop1103056217 Store | 1103051267 |
| 56 | Shop1103755325 Store | 1103756180 |
| 57 | Shop1748437 Store | 1101042013 |
| 58 | SONFRUT Store | 1101717597 |
| 59 | Surprise Life Store | 1101227874 |
| 60 | Sur-Soul Store | 1103139076 |
| 61 | Urban Home Store | 1102658311 |
| 62 | Warm Life Household Store | 1102588494 |
| 63 | Warm Little Shop Store | 1103728233 |
| 64 | Xiao Qi Store | 1101756068 |
| 65 | XIZOU-NO5 Store | 1102018228 |
| 66 | Yikuu Store | 1101450656 |
| 67 | YiNiu Three Store | 1103086034 |
| 68 | Zhouyi Store | 1103378095 |
| 69 | AHTR STORE | A1D1RFSKB2S1C7 |
| 70 | Boyka1899 | AM1V0RS86XRIS |
| 71 | CAPIWASKA | ALMXUMJG7I6O9 |

| | | |
|---|---|---|
| 72 | CHENJIE1 | A24ZU6PFAT2K2C |
| 73 | ChuanJieShop | A1N78197U11X9N |
| ■ | ■ | ■ |
| 75 | Daily Present | A1N870RSTLA9KV |
| ■ | ■ | ■ |
| 77 | FranCoin | A27IOMGVSNLO3B |
| 78 | FTM SUPLLY | A16UW0V5VXX6N3 |
| 79 | GGSTSL | AVQZFZ4PPAOT6 |
| 80 | Gjldjne | A3UVYYUWSN3NY6 |
| 81 | guangzhouzechenyuncangcangchuyouxiangongsi | A2JXDD60SHETUO |
| 82 | H K A MUSTAFA | A2UAQKCL2U71XL |
| 83 | Haikou Jiaile Department Store | A1HKR96K5RS83X |
| 84 | HOME FUSION PRO LLC | A2QMVA2MJFUGF8 |
| 85 | IGTO | A1JSG6SS7R2WAT |
| 86 | InWorld | A1F7R6742I2A4I |
| ■ | ■ | ■ |
| 88 | Krthi Stores | A3S42567QWYT64 |
| 89 | Menoli Store | ABVG1LNOB6XWF |
| 90 | MuXueBinJiaJu | A3N9FY0PHH7837 |
| 91 | nicedaily | A18XJCUMKLGP96 |
| 92 | ningchengxianhuihengdedianzishangwushanghang | A2TDHAL3UY4ALJ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 95 | PingXiangShiYuLingKuaJingDianZiShangWuYouXianGongSi | A2ZEYW1MV11NGE |
| 96 | RCA Home Products | A1ANU0267SZOKI |
| 97 | Rewyta | A8HVLRQVXL4I6 |
| 98 | RUIXURUIXU LLC | A1CP1SO5JOU9E2 |
| 99 | saneze | A113XIBFCABWE3 |
| 100 | Sellium Store | AFMGR6CAI1SQG |
| 101 | Shaww Juu | AFKGY5BEPRJO5 |
| 102 | ShenZhenShiRuiXinHongKeJiYouXianGongSi | A2MQA26YNHRNG8 |
| 103 | SINCREX | A21OQBPC58IJOM |
| ■ | ■ | ■ |
| 105 | STRACKER MART | APLI7V9PQ0UVD |
| 106 | Ten Bagger | ALYG20SJ13BX3 |
| 107 | TRSM SHOP | A1ULL2BK4P4KJY |
| 108 | WANGAODZ | A2MCZYR5ZWZLBT |
| 109 | WWCCXX | A1R1FTP2Z7Q34 |

| 110 | yukashangmaoweq | A1UYOVJV58CY6I |
|---|---|---|
|  |  ██  |  ██  |
| 112 | HAPPY CAI | 634418214271215 |
| 113 | JIXINXX | 634418216073075 |
| 114 | Nopesh Intelligent | 5453560542401 |
| 115 | Pet Luck Fen | 634418214018541 |
| 116 | Yiduoduopc | 634418215261107 |
|  ██  |  ██  |  ██  |
|  ██  |  ██  |  ██  |
|  ██  |  ██  |  ██  |